_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 07, 2021

_____

Regina A. Habermas, Esq.
Nevada Bar No. 8481
GHIDOTTI BERGER, LLP
8716 Spanish Ridge Ave, #115,
Las Vegas, NV  89148
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com

Attorneys for Secured Creditor
Carvana LLC, its successors and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>**RUDOLPH GONZALES SANTOS QUINTON,**<br>**TIMOTHY LAMAR SANTOS QUINTON,**<br><br>Debtors. | **CASE NO.: 21-10330-nmc**<br>**Chapter 7**<br><br>**MOTION FOR RELIEF FROM STAY**<br>**(11 U.S.C. *Section* 362 Bankruptcy Rule 4001)**<br><br>**Date: 4/6/2021**<br><br>**Time: 1:30 PM** |

     Carvana, LLC ("**Movant**" or "**Creditor**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with a vehicle described as a 2012 Honda Accord, VIN#1HGC22B82CA000166 ("**Vehicle**").  A hearing came before the Honorable Natalie M. Cox on April 6, 2021:

     **IT IS THEREFORE ORDERED** that:

Order Granting Motion for Relief
Page 1

1. Creditor is granted relief from the automatic stay provisions of 11 U.S.C. 362 to permit Creditor, and Creditor's successors and assigns to continue all acts necessary to secure possession of the 2012 Honda Accord, VIN#1HGC22B82CA000166 and sell the 2012 Honda Accord, VIN#1HGC22B82CA000166 in a commercially reasonable manner without further Hearing before this Court pursuant to applicable state law proceed;

2. Fed.R.Bankr.P., Rule 4001(a)(3) be waived and the stay terminate upon entry of the order;

3. This Order is binding and effective despite any conversion of this case.

Respectfully submitted this 7th day of April, 2021.

> GHIDOTTI | BERGER LLP
>
> By:  /s/ Regina A. Habermas, Esq.
> Regina A. Habermas, Esq.
> Nevada Bar No. 8481
> 8716 Spanish Ridge Avenue, #115
> Las Vegas, NV  89148
> ghabermas@ghidottiberger.com
> Attorneys for Secured Creditor

In accordance with LR 9021, counsel for Movant hereby certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X  No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.